JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| THOMAS RICHARDSON,<br><br>　　　　　Petitioner,<br><br>　　　v.<br><br>COMPTON COURT DEPT K,<br><br>　　　　　Respondent. | Case No. CV 15-10004-JGB (DFM)<br><br>JUDGMENT |

　　In accordance with the Order Summarily Dismissing Petition Without Prejudice filed herein,

　　IT IS HEREBY ADJUDGED that this action is summarily dismissed without prejudice for failure to exhaust state remedies, pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

Dated:  January 27, 2016

　　　　　　　　　　　　　　　　　　　／s／ JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　　JESUS G. BERNAL
　　　　　　　　　　　　　　　　　　　United States District Judge